UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WHALE AND DOLPHIN CONSERVATION; DEFENDERS OF WILDLIFE; CONSERVATION LAW FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; GINA RAIMONDO, in her official capacity as Secretary of Commerce<br><br>*Federal Defendants*. | Civ. No. 1:21-cv-00112-APM |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 12, 2022, the parties submit this Joint Status Report to provide an update on the status of the National Marine Fisheries Service's ("NMFS") ongoing rulemaking to amend the 2008 final rule establishing speed restrictions to protect North Atlantic right whales from vessel collisions, 73 Fed. Reg. 60,173 (Oct. 10, 2008) ("Vessel Strike Reduction Rule").

Since filing the parties' last status report, ECF No. 34, NMFS has completed its review of approximately 90,000 public comments on its proposed rule to amend the Vessel Strike Reduction Rule and is now in the process of updating its coast-wide vessel strike risk model with the latest available data. NMFS also continues to coordinate with its federal partners on aspects of the Vessel Strike Reduction Rule. At the time information was gathered for the Fall 2022 Unified Agenda, NMFS forecasted taking final action on the proposed rule in June 2023. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=0648-BI88. However, that estimate was made before NMFS extended the public comment period by 30 days,

*see* 87 Fed. Reg. 56,925 (Sept. 16, 2022), and before NMFS reviewed all the comments.

Currently, NMFS anticipates taking final action on the proposed rule in this calendar year.

Dated: March 4, 2023

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Michelle M. Spatz*
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

Respectfully submitted,

*/s/ Kristen Monsell*
Kristen Monsell, DC Bar No. CA00060
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94612
(510) 844-7137 (tel)
kmonsell@biologicaldiversity.org

*/s/ Jane P. Davenport*
Jane P. Davenport, DC Bar No. 474585
DEFENDERS OF WILDLIFE
1130 17th St NW
Washington, DC 20036
(202) 682-9400 x174 (tel)
jdavenport@defenders.org

*/s/ Erica A. Fuller*
Erica A. Fuller, DC Bar No. MA0001
CONSERVATION LAW FOUNDATION
62 Summer St
Boston, MA 02110
(617) 850-1727 (tel)
efuller@clf.org

*Attorneys for Plaintiffs*