UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WHALE AND DOLPHIN CONSERVATION; DEFENDERS OF WILDLIFE; CONSERVATION LAW FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; GINA RAIMONDO, in her official capacity as Secretary of Commerce<br><br>*Federal Defendants*. | Civ. No. 1:21-cv-00112-APM |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 5, 2023, the parties submit this Joint Status Report to provide an update on the status of the National Marine Fisheries Service's ("NMFS") ongoing rulemaking to amend the 2008 final rule establishing speed restrictions to protect North Atlantic right whales from vessel collisions, 73 Fed. Reg. 60,173 (Oct. 10, 2008).

Since the parties' last status report, ECF No. 36, NMFS has completed economic data analyses to fulfill certain regulatory requirements related to the rulemaking. A final rule is now in internal review and NMFS expects to transmit a final rule package to the Office of Information and Regulatory Affairs in September 2023.

| | |
|---|---|
| Dated: September 5, 2023 | Respectfully submitted, |
| TODD KIM, Assistant Attorney General<br>S. JAY GOVINDAN, Chief<br>MEREDITH L. FLAX, Deputy Chief<br><br>*/s/ Michelle M. Spatz* | */s/ Kristen Monsell*<br>Kristen Monsell, DC Bar No. CA00060<br>CENTER FOR BIOLOGICAL DIVERSITY<br>1212 Broadway, Ste. 800<br>Oakland, CA 94612 |

| | |
|---|---|
| Michelle M. Spatz, Trial Attorney<br>D.C. Bar No. 1044400<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611<br>Tel: (202) 598-9741; Fax: (202) 305-0275<br>E-mail: michelle.spatz@usdoj.gov<br><br>*Attorneys for Federal Defendants* | (510) 844-7137 (tel)<br>kmonsell@biologicaldiversity.org<br><br>*/s/ Jane P. Davenport*<br>Jane P. Davenport, DC Bar No. 474585<br>DEFENDERS OF WILDLIFE<br>1130 17th St NW<br>Washington, DC 20036<br>(202) 682-9400 x174 (tel)<br>jdavenport@defenders.org<br><br>*/s/ Erica A. Fuller*<br>Erica A. Fuller, DC Bar No. MA0001<br>CONSERVATION LAW FOUNDATION<br>62 Summer St<br>Boston, MA 02110<br>(617) 850-1727 (tel)<br>efuller@clf.org<br><br>*Attorneys for Plaintiffs* |